No. 93–788.  FARRAR ET UX. *v.* FRANCHISE TAX BOARD.  Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 93–789.  MENDEZ-VILLARREAL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–798.  BUCHBINDER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 93–801.  LERCH *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 93–811.  POLLEN *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–814.  HUSMAN *v.* CLIMAX MOLYBDENUM CO. ET AL. C. A. 10th Cir.  Certiorari denied.

No. 93–815.  HARRIS *v.* SKI PARK FARMS, INC.  Sup. Ct. Wash. Certiorari denied.

No. 93–821.  MURPHY *v.* UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 93–838.  PERREAULT *v.* FISHMAN, MARITAL MASTER, SUPERIOR COURT OF NEW HAMPSHIRE, ET AL.  C. A. 1st Cir. Certiorari denied.

No. 93–846.  BROOKMAN *v.* BENTSEN, SECRETARY OF THE TREASURY.  C. A. 7th Cir.  Certiorari denied.

No. 93–864.  LOMBARDI ET AL. *v.* HALL.  C. A. 8th Cir. Certiorari denied.

No. 93–866.  SHOEMAKER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–869.  MUHAMMAD *v.* MUHAMMAD.  Sup. Ct. Miss. Certiorari denied.

No. 93–905.  STRASBURG ET AL. *v.* STATE BAR OF WISCONSIN ET AL.  C. A. 7th Cir.  Certiorari denied.